UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andree Lamont Rogers**　　　　　　　　　　　　　　　　**Docket No. 7:15-CR-40-1H**

### Petition for Action on Supervised Release

COMES NOW Kyle Kusmierczyk, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andree Lamont Rogers, who, upon an earlier plea of guilty to Felon Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Gina M. Groh, United States District Judge for the Northern District of West Virginia, on September 10, 2012, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Andree Lamont Rogers was released from custody on February 13, 2015, at which time the term of supervised release commenced. On April 14, 2015, jurisdiction was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During the course of the defendant's substance abuse treatment it has been determined he would benefit from mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　/s/ Kyle Kusmierczyk
Robert L. Thornton　　　　　　　　　　　　　　Kyle Kusmierczyk
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-3958
　　　　　　　　　　　　　　　　　　　　　　　Phone: 9106792030
　　　　　　　　　　　　　　　　　　　　　　　Executed On: October 30, 2017

Andree Lamont Rogers
Docket No. 7:15-CR-40-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 31st day of October 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
United States District Judge